UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-against-

ANTIDIO RAMON FAJARDO,
    also known as "Anthony," and
WILFORD LINDSAY,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

OCT 21 2005
BROOKLYN OFFICE

**PARTIAL UNSEALING ORDER**
Cr. No. 05-564 (ARR)

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney CAROLYN POKORNY, it is hereby

ORDERED that the indictment in the above-captioned case be **UNSEALED SOLELY WITH RESPECT TO DEFENDANTS** ANTIDIO RAMON FAJARDO and WILFORD LINDSAY, and remain sealed as to any and all co-defendants.

Dated:    Brooklyn, New York
           October 12, 2005

                                        s/Allyne R. Ross
                                        HON. ALLYNE R. ROSS
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK